## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Ruby Maskey
                Plaintiff,

v.                                                  Case No.: 1:24–cv–04872
                                                  Honorable Georgia N Alexakis

Clarity Clinic, PLLC
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2025:

        MINUTE entry before the Honorable Keri L. Holleb Hotaling: The parties' joint motion for extension of time to complete discovery [Dkt. 28] is granted for the good cause stated therein. The fact discovery deadline is hereby extended to 4/22/2025. NO FURTHER EXTENSIONS WILL BE ALLOWED. The 3/3/2025 joint status report is hereby stricken and reset to 3/31/2025. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.