**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Ruby Maskey
                Plaintiff,

v.                          Case No.: 1:24−cv−04872
                          Honorable Georgia N Alexakis

Clarity Clinic, PLLC
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: In−person status hearing held on 5/13/2025. The parties' oral motion to reopen fact discovery for the limited purpose of conducting discovery regarding communications referenced in the last deposition is granted; fact discovery is reopened until 7/14/2025 for that purpose. The parties shall file a joint status report on 7/17/2025. A three−hour virtual (WebEx) settlement conference is set for 9/2/2025 at 1:00 p.m. This date is final and can only be changed by the granting of a motion. The parties are to draft settlement letters that comply with Judge Holleb Hotaling's Standing Order on Settlement Conferences. Plaintiff's demand letter is to be provided to opposing counsel and Judge Holleb Hotaling's Chambers inbox (Chambers_HollebHotaling@ilnd.uscourts.gov) by 7/24/2025. Defendant's offer letter is to be provided to opposing counsel and Judge Holleb Hotaling's Chambers inbox by 8/7/2025. The parties should be aware Judge Holleb Hotaling conducts ex parte settlement communications as needed. Additional information about the virtual WebEx settlement conference will be forthcoming. All participants shall turn on their video for the WebEx settlement conference and must join the conference AT LEAST 15 minutes prior to the start to test and resolve any technological issues.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.